UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Robert A. Heghmann,
    Plaintiff

    v.                                  Civil No. 04-cv-100-SM

Town of Rye, NH, et al.,
    Defendants

**NOTICE OF RULING**

Re:  (Document No. 77) Supplement to Motion for an
                      Award of Attorneys' Fees and Expenses

    Ruling: Supplement to Motion for Attorneys Fees (document no. 77) is accepted, the motion for supplemented fees is granted, without objection. Total fees are awarded against plaintiff in favor of the moving defendants in the amount of $26,953.00, and total costs in the amount of $2,028.98. So ordered.

Entered by:  Steven J. McAuliffe, Chief Judge

Date: April 11, 2006

cc:  Robert A. Heghmann
     William C. Saturley, Esq.
     Richard Bell, Esq.
     Daniel J. Mullen, Esq.
     Charles P. Bauer, Esq.
     Djamel Hafiani, Esq.